■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVINE SWEEPER, Appellant. [983 NYS2d 803]—Judgment, Supreme Court, Bronx County (Alvin Yearwood, J.), rendered February 18, 2011, convicting defendant, after a jury trial, of robbery in the second and third degrees and petit larceny, and sentencing him to an aggregate term of four years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility and identification, including its evaluations of any inconsistencies in testimony. Concur—Gonzalez, P.J., Sweeny, Moskowitz, Richter and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ, Appellant. [983 NYS2d 804]—

Order, Supreme Court, Bronx County (John P. Collins, J.), entered on or about February 12, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated denial of the motion (*see e.g. People v Gonzalez*, 29 AD3d 400 [1st Dept 2006], *lv denied* 7 NY3d 867 [2006]). Resentencing is not automatic, and courts may deny the applications of persons who "have shown by their conduct that they do not deserve relief from their sentences" (*People v Paulin*, 17 NY3d 238, 244 [2011]). Defendant has demonstrated a "chronic inability to control his behavior while at liberty" (*People v Correa*, 83 AD3d 555, 556 [1st Dept 2011], *lv denied* 17 NY3d 805 [2011]). In addition to having an extensive criminal record before the underlying conviction, defendant subsequently committed numerous crimes and repeatedly violated his parole. Concur—Gonzalez, P.J., Sweeny, Moskowitz, Richter and Clark, JJ.